**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Oregon**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Omegle.com LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-1790391 |

4. **Debtor's address**

**Principal place of business**

c/o Northwest Registered Agent LLC

Number     Street
2355 State Street Suite 101

City                State    ZIP Code
Salem            OR    97301

County
Marion County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City          State     ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | omegle.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor __Omegle.com LLC_____   Case number *(if known)*_____
                Name

| | |
|---|---|
| 7. | **Describe debtor's business** |

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7139____

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

| | |
|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. |

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____

         When _____
                    MM / DD / YYYY

         Case number, if known _____

| Debtor | Omegle.com LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| Number | Street |
| | |

_____

| City | State | ZIP Code |

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Omegle.com LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/08/2023
            MM   / DD / YYYY

✖ /s/ Leif K-Brooks
Signature of authorized representative of debtor

Leif K-Brooks
Printed name

Title  Manager

**18. Signature of attorney**

✖ /s/ Timothy Solomon
Signature of attorney for debtor

Date   12/08/2023
       MM   / DD / YYYY

Timothy Solomon
Printed name

Tabor Law Group
Firm name

4110 SE Hawthorne Blvd. PMB #506
Number       Street

Portland                          OR        97214-5246
City                              State     ZIP Code

9716340190                        tsolomon@pdx-law.com
Contact phone                     Email address

072573                            OR
Bar number                        State

# United States Bankruptcy Court

District of Oregon

**In re** Omegle.com LLC

Case No. _____

**Debtor**

Chapter ⁷ _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/08/2023
_____

*Date*

/s/ Timothy Solomon, 072573
_____

*Signature of Attorney*

Tabor Law Group
_____

*Name of law firm*
4110 SE Hawthorne Blvd. PMB #506
Portland, OR 97214-5246

**Fill in this information to identify the case:**

Debtor name ___Omegle.com LLC___

United States Bankruptcy Court for the: ___District of Oregon___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**   **Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................................    $ _____0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................    $ __1,363,444.70__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................    $ __1,363,444.70__

---

**Part 2:**   **Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................    $ _____0.00__

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................    $ ____10,000.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................    **+**$ ___20,546.10__

4. **Total liabilities** ...................................................................................................    $ ___30,546.10__
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Omegle.com LLC___

United States Bankruptcy Court for the: ___District of Oregon___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  —  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 8 8 0 1 | $ 308,921.09 |
| 3.2. | Live Oak Bank | Savings | 6 1 1 3 | $ 839,179.22 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Paypal Account | $ 69,999.95 |
| 4.2. | | $ |

5. **Total of Part 1**  —  $ 1,218,100.26

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | Attorney Retainer (Kevin Napper) | $ 200.00 |
| 7.2. | See continuation sheet | $ 70,144.44 |

Debtor    Omegle.com LLC
_____
Name

Case number (*if known*)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     | $70,344.44 |

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    | 11a. 90 days old or less: | 75,000.00 face amount | – | 0.00 doubtful or uncollectible accounts | = ....→ | $ 75,000.00 |
    | 11b. Over 90 days old: | 0.00 face amount | – | 0.00 doubtful or uncollectible accounts | = ....→ | $ 0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     | $ 75,000.00 |

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | 14.1. _____ | _____ | $_____ |
    | 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    | 15.1._____ | _____% | _____ | $_____ |
    | 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | 16.1._____ | _____ | $_____ |
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     | $_____ |

---

Debtor    Omegle.com LLC
_____
Name

Case number *(if known)* _____

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Omegle.com LLC
_____   Case number (*if known*)_____
 Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Omegle.com LLC
                Name

Case number (*if known*)_____

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | Omegle.com LLC | | Case number *(if known)* _____ |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☐ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See continuation sheet | $ 0.00 | | $ Unknown |
| 61. **Internet domain names and websites**<br>See continuation sheet | $ 0.00 | | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>Certain third parties have been permitted to use Omegle trademark | $ | | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>Certain customer emails/names included in emails received by Debt | $ 0.00 | | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill**<br>Goodwill | $ | | $ Unknown |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

| Debtor | Omegle.com LLC | Case number (if known) |
|---|---|---|
| | Name | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

_____   0.00 ___ 0.00 _____ = ➜ $ 0.00
                            Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet                      $ Unknown

Nature of claim        _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim        _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   Omegle.com LLC
_____     Case number (if known)_____
        Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,218,100.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 70,344.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 75,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,363,444.70 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.  1,363,444.70 ................................................................................   $ 1,363,444.70

| Debtor 1 | Omegle.com LLC | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

### 7) Deposits, including security deposits and utility deposits

| General description | Current value |
|---|---|
| Attorney Retainer (Thomas & LoCicero PL) | $4,000.00 |
| Attorney Retainer (Focal PLC) | $66,142.50 |
| Stamps.com | $1.94 |

### 60) Patents, copyrights, trademarks, and trade secrets

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| International trademark registration (multiple countries): "Omegle" | | | Unknown |
| U.S. Trademark Registration -- "Talk to strangers!" | | | Unknown |
| U.S. Trademark Registration -- "Omegle" | | | Unknown |

### 61) Internet domain names and websites

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Omegle.com | | | Unknown |
| Omegle.tv | | | Unknown |

### 74) Causes of action against third parties (whether or not a lawsuit has been filed)

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Other potential claims | Potential trademark infringement actions against third parties | 0.00 | Unknown |
| Claim against Bad Kittys Dad, LDA | Potential TTAB cancellation claim for the mark "OmeTV" | 0.00 | Unknown |

**Fill in this information to identify the case:**

Debtor name    Omegle.com LLC

United States Bankruptcy Court for the:   District of Oregon

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ■ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____
Column B: $_____

**2.2**   **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____
Column B: $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor    Omegle.com LLC

United States Bankruptcy Court for the:    District of Oregon

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
IRS
PO Box 7346
Philadelphia, PA, 19101

As of the petition filing date, the claim is: $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Leif K-Brooks
2122 Lake Dr.
Winter Park, FL, 32789

As of the petition filing date, the claim is: $ 10,000.00     $ 10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

12/2023

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( _____ )

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>A.M.<br>c/o Carrie Goldberg, C.A. Goldberg PLLC<br>16 Court Street<br>Brooklyn, NY, 11241 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Plaintiff in settled but still pending lawsuit against Debtor | $ Unknown |
|---|---|---|---|
| | Date or dates debt was incurred _____ <br> Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Akamai Technologies, Inc.<br>249 Arch St.<br>Philadelphia, PA, 19106 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Web Hosting Services | $ 8,164.10 |
|---|---|---|---|
| | Date or dates debt was incurred _____ <br> Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Amazon Web Services, Inc.<br>410 Terry Ave North<br>Seattle, WA, 98109 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Web Hosting Services | $ Unknown |
|---|---|---|---|
| | Date or dates debt was incurred _____ <br> Last 4 digits of account number 9549 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Castle Global, Inc.<br>575 Market Street, 15th Floor<br>San Francisco, CA, 94105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 10,000.00 |
|---|---|---|---|
| | Date or dates debt was incurred _____ <br> Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Janet Doe<br>c/o Clifford W. Horwitz, Horwitz, Horwitz and<br>Associates, Ltd.<br>25 E. Washington, Ste. 900<br>Chicago, IL, 60602 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Plaintiff in lawsuit against Debtor | $ Unknown |
|---|---|---|---|
| | Date or dates debt was incurred _____ <br> Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>S.L., on behalf of minor K.A.<br>c/o Matthew P. Bergman, Social Media Victims<br>Law Center<br>600 1st Ave, Ste 102 - PMB 2383<br>Seattle, WA, 98104 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Plaintiff in lawsuit against Debtor | $ Unknown |
|---|---|---|---|
| | Date or dates debt was incurred _____ <br> Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7  **Nonpriority creditor's name and mailing address**

Snell & Wilmer, c/o Clifford S. Davidson
601 SW 2nd Avenue, Suite 2000
Portland, OR, 97204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,382.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Unknown Jane Doe
c/o Eric K. Gerard, Sorrels Law
5300 Memorial Drive, Suite 270
Houston, TX, 77007

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened plaintiff in unfiled tort lawsuit

$ Unknown

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Unknown Jane Doe
c/o Carrie Goldberg, C.A. Goldberg PLLC
16 Court Street
Brooklyn, NY, 11241

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened plaintiff in unfiled tort lawsuit

$ Unknown

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | A.M.<br>c/o Barbara C. Long, Long Law PC<br>101 SW Main St., Suite 1900<br>Portland, OR, 97204 | Line __3.1__<br>☐ Not listed. Explain: | _____ |
| 4.2. | Alan Rosenberg, Markowitz Ringel<br>9130 South Dadeland Boulevard<br>Suite 1800<br>Miami, FL, 33156 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.3. | Cade Stone, Leidar USA, Inc. (formerly LEVICK)<br>1500 K Street, NW<br>2nd Floor<br>Washington, DC, 20005 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.4. | Daniela B. Abratt-Cohen<br>915 Middle River Dr., Suite 309<br>Fort Lauderdale, FL, 33304 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.1. | Daniela B. Abratt-Cohen<br>915 Middle River Dr.<br>Suite 309<br>Fort Lauderdale, FL, 33304 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.5. | Focal PLLC, c/o Venkat Balasubramani<br>900 1st Avenue S.<br>Suite 201<br>Seattle, WA, 98134 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.6. | Frank R. Schirripa, Hach Rose<br>112 Madison Avenue<br>10th Floor<br>New York, NY, 10016 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.7. | Glenn S. Draper, SMVLC<br>600 1st Avenue Suite 102 - PMB 2383<br>Seattle, WA, 98104 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.8. | Gracall International<br>1594 Finch Way<br>Sunnyvale, CA, 94087 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.9. | Jennifer Freeman, Marsh Law Firm PLLC<br>31 Hudson Yards<br>11th Floor<br>New York, NY, 10001 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.10. | Snell & Wilmer, c/o Clifford S. Davidson<br>601 SW 2nd Avenue, Suite 2000<br>Portland, OR, 97204 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.11. | The Law Office of Kevin J. Napper, P.A.<br>604 South Boulevard<br>Tampa, FL, 33606 | Line ____<br>☑ Not listed. Explain | _____ |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.<sup>13</sup> Thomas & LoCicero PL, c/o James J. McGuire<br>601 South Boulevard<br>Tampa, FL, 33606 | Line _____<br>☑ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 10,000.00 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 20,546.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 30,546.10 |

**Fill in this information to identify the case:**

Debtor name ___Omegle.com LLC___

United States Bankruptcy Court for the: ___District of Oregon___

Case number (If known): _____   Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Services Contract | Castle Global, Inc.<br>575 Market Street, 15th Floor<br>San Francisco, CA, 94105 |
| | State the term remaining | Through February 2024 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Services Contract | Akamai Technologies, Inc.<br>249 Arch St.<br>Philadelphia, PA, 19106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Services Contract | Amazon Web Services, Inc.<br>410 Terry Ave North<br>Seattle, WA, 98109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Services contract | Leidar USA, Inc.<br>1500 K Street, NW, 2nd Floor<br>Washington, DC, 20005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Services contract | PacerPro<br>956 Reliez Station Lane<br>Lafayette, CA, 94549 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Omegle.com LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Services contract | Intuit, Inc.<br>2700 Coast Ave.<br>Mountain View, CA, 94043 |
| | **State the term remaining**<br>**List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Services contract | Microsoft Corporation<br>1 Microsoft Way<br>Redmond, WA, 98052 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Services contract | Cloudflare, Inc.<br>101 Townsend Street<br>San Francisco, CA, 94107 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Services contract | Stamps.com<br>1990 E. Grand Ave<br>El Segundo, CA, 90245 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Services contract | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA, 94043 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Services contract | Earth Class Mail, Inc.<br>101 N. Brand Blvd., 11th Floor<br>Glendale, CA, 91203 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Agent services | Northwest Registered Agent, LLC<br>522 W. Riverside Ave. Suite N<br>Spokane, WA, 99201 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

| Debtor | Omegle.com LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.13 **State what the contract or lease is for and the nature of the debtor's interest** | Services contract |
| | GANDI SAS<br>63-65 Boulevard Massena<br>Paris (75013) FRANCE<br><br>, |
| **State the term remaining**<br>**List the contract number o any government contract** | |
| 2.14 **State what the contract or lease is for and the nature of the debtor's interest** | Services contract |
| | BrowserStack, Inc.<br>4512 Legacy Dr., Ste 100<br>Plano, TX, 75024 |
| **State the term remaining**<br>**List the contract number of any government contract** | |
| 2.15 **State what the contract or lease is for and the nature of the debtor's interest** | Services contract |
| | Multi Media, LLC<br>23615 El Toro Rd #X344<br>Lake Forest, CA, 92630 |
| **State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining**<br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name ___Omegle.com LLC___

United States Bankruptcy Court for the: ___District of Oregon___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Omegle.com LLC_____

United States Bankruptcy Court for the: ___District of Oregon_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/08/2023___       ✖ /s/ Leif K-Brooks
      MM / DD / YYYY       Signature of individual signing on behalf of debtor

                             Leif K-Brooks
                             Printed name

                             Manager
                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        Omegle.com LLC

United States Bankruptcy Court for the:  District of Oregon

Case number (If known):        _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 MM / DD / YYYY to | Filing date | ☑ Operating a business ☐ Other | $ 1,014,934.41 |
| **For prior year:** | From 01/01/2022 MM / DD / YYYY to | 12/31/2022 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 1,175,571.57 |
| **For the year before that:** | From 01/01/2021 MM / DD / YYYY to | 12/31/2021 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 1,993,210.83 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 MM / DD / YYYY to | Filing date | Interest, bank bonus | $ 39,179.22 |
| **For prior year:** | From 01/01/2022 MM / DD / YYYY to | 12/31/2022 MM / DD / YYYY | Interest, tax penalty refund | $ 1,263.50 |
| **For the year before that:** | From 01/01/2021 MM / DD / YYYY to | 12/31/2021 MM / DD / YYYY | | $ 0.00 |

| Debtor | Omegle.com LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Harbottle & Lewis LLP<br>Creditor's name<br>7 Savoy Court<br>London, WC2R 0EX, UK | | $ 19,783.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Leidar USA, Inc.<br>Creditor's name<br>1500 K Street, NW, 2nd Floor<br>Washington, DC 20005 | | $ 9,812.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name | | $ | |
| | Relationship to debtor | | | |
| 4.2. | Insider's name | | $ | |
| | Relationship to debtor | | | |

Debtor    Omegle.com LLC
          _____    Case number (if known)_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | S.L., on behalf of minor K.A. v. Omegle.com LLC | Products liability, negligence | U.S. District Court for the District of Oregon (Portland Division) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>3:23-cv-01593-HZ | | 1000 SW 3rd Ave., #740<br>Portland, OR 97204 | |
| 7.2. | Janet Doe v. Omegle.com LLC et al. | Products liability, Family Expense | Circuit Court of Cook County, Illinois | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>22L001971 | | 50 W. Washington, Ste. 1001<br>Chicago, IL 60602 | |

Debtor ___Omegle.com LLC_____     Case number *(if known)*_____
          Name

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Omegle.com LLC
_____    Case number *(if known)*_____
        Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Tabor Law Group | | 11/17/2023 | $ 20,338.00 |
| | **Address** | | | |
| | 4110 SE Hawthorne Blvd., PMB #506 Portland, OR 97214 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    Omegle.com LLC
_____    Case number (*if known*)_____
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

---

Debtor    Omegle.com LLC
_____    Case number (if known)_____
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. IP Addresses, email addresses
_____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Omegle.com LLC
_____    Case number *(if known)*_____
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    Omegle.com LLC
_____    Case number *(if known)*_____
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
|  |  |  | $_____ |
| _____ |  |  |  |
| Name |  |  |  |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ |  |  | ☐ Pending |
| **Case number** | Name |  | ☐ On appeal |
| _____ |  |  | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ |  | _____ |
| Name | Name |  |  |

Debtor    Omegle.com LLC
_____    Case number *(if known)*_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |

---

| Debtor | Omegle.com LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Intuit Inc. (QuickBooks Online)<br>Name | Financials maintained online; Intuit also handled payroll |

---

Debtor    Omegle.com LLC
_____    Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor   Omegle.com LLC
_____
Name

Case number (*if known*)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2.   _____<br>Name | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leif K-Brooks | 2122 Lake Dr., Winter Park, FL 32789 | Sole Member - Manager | 100.00 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Leif K-Brooks<br>Name | 120,000.00 | _____ | Regular wages ($10k/month pre-tax; no wages paid December 2023) |
| | | _____ | |
| | | _____ | |

| Relationship to debtor | | |
|---|---|---|
| Member - Manager | _____ | |

Debtor    Omegle.com LLC
Name_____    Case number (if known)_____

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| Name_____ | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/08/2023
             MM  / DD  / YYYY

✘ /s/ Leif K-Brooks                                 Printed name  Leif K-Brooks
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No

☒ Yes

Debtor Name   Omegle.com LLC _____    Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

Panetta Studio Legale,        $30,671.07
Piazza Colonna, 355 –
00187 Roma (RM), Italy

A.M.,, c/o C.A. Goldberg      $700,000.00
PLLC 16 Court Street,
33rd Floor, Brooklyn, NY
11241

Tabor Law Group, 4110 SE      $20,338.00
Hawthorne Blvd. PMB #506,
 Portland, OR 97214

Snell & Wilmer, One           $87,596.53
Arizona Center, 400 E.
Van Buren, Suite 1900,
Phoenix, AZ 85004

Akamai Technologies Inc.,     $24,492.30
 249 Arch St.,
Philadelphia, PA 19106

Scheinman Arbitration &       $14,500.00
Mediation Services, 322
Main Street, Port
Washington, NY 11050

Gracall International         $43,511.40
SJC LLC, 1594 Finch Way,
Sunnyvale, CA 94087

Castle Global Inc., 580       $44,670.54
California Street, 6th
Floor, San Francisco, CA
94104

Focal PLLC, 800 Fifth         $32,224.50
Avenue, Suite 4100,
Seattle, WA 98104

**7) Legal Actions**

M.H., et al. v. Omegle.com LLC

8:21-cv-00814

Tort and statutory claims

U.S. District Court, Middle District of Florida

801 North Florida Avenue, Tampa, FL 33602

On appeal

-------

Debtor Name    Omegle.com LLC _____    Case number (*if known*)_____

## <u>Continuation Sheet for Official Form 207</u>

**A.M. v. Omegle.com LLC**

**3::21-cv-01674-MO**

**Products liability; 18 U.S.C. § 1595. et al.**

**U.S. District Court for the District of Oregon (Portland Division)**

**1000 SW 3rd Ave., #740, Portland, OR 97204**

**Pending**

**-------**

United States Bankruptcy Court

District of Oregon

In re:  Omegle.com LLC                                    Case No.

                                                          Chapter    7

                  Debtor(s)

**Verification of Creditor Matrix**

        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____12/08/2023_____          /s/ Leif K-Brooks
                                     _____
                                     Signature of Individual signing on behalf of debtor

                                     Manager
                                     _____
                                     Position or relationship to debtor

A.M.
c/o Carrie Goldberg, C.A. Goldberg PLLC
16 Court Street
Brooklyn, NY 11241


A.M.
c/o Barbara C. Long, Long Law PC
101 SW Main St., Suite 1900
Portland, OR 97204


Akamai Technologies, Inc.
249 Arch St.
Philadelphia, PA 19106


Alan Rosenberg, Markowitz Ringel
9130 South Dadeland Boulevard
Suite 1800
Miami, FL 33156


Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109


BrowserStack, Inc.
4512 Legacy Dr., Ste 100
Plano, TX 75024


Cade Stone, Leidar USA, Inc. (formerly LEVICK
1500 K Street, NW
2nd Floor
Washington, DC 20005


Castle Global, Inc.
575 Market Street, 15th Floor
San Francisco, CA 94105


Cloudflare, Inc.
101 Townsend Street
San Francisco, CA 94107


Daniela B. Abratt-Cohen
915 Middle River Dr., Suite 309
Fort Lauderdale, FL 33304


Daniela B. Abratt-Cohen
915 Middle River Dr.
Suite 309
Fort Lauderdale, FL 33304


Earth Class Mail, Inc.
101 N. Brand Blvd., 11th Floor
Glendale, CA 91203


Focal PLLC, c/o Venkat Balasubramani
900 1st Avenue S.
Suite 201
Seattle, WA 98134


Frank R. Schirripa, Hach Rose
112 Madison Avenue
10th Floor
New York, NY 10016


GANDI SAS
63-65 Boulevard Massena
Paris (75013) FRANCE


Glenn S. Draper, SMVLC
600 1st Avenue Suite 102 - PMB 2383
Seattle, WA 98104


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043


Gracall International
1594 Finch Way
Sunnyvale, CA 94087


Intuit, Inc.
2700 Coast Ave.
Mountain View, CA 94043


IRS
PO Box 7346
Philadelphia, PA 19101


Janet Doe
c/o Clifford W. Horwitz, Horwitz, Horwit
25 E. Washington, Ste. 900
Chicago, IL 60602


Jennifer Freeman, Marsh Law Firm PLLC
31 Hudson Yards
11th Floor
New York, NY 10001


Leidar USA, Inc.
1500 K Street, NW, 2nd Floor
Washington, DC 20005

Leif K-Brooks
2122 Lake Dr.
Winter Park, FL 32789

Leif K-Brooks
2122 Lake Dr.
Winter Park
FL 32789

M.H.
Hach Rose Schirripa and Cheverie LLP
112 Madison Avenue, 10th Floor
New York, NY 10016

Microsoft Corporation
1 Microsoft Way
Redmond, WA 98052

Multi Media, LLC
23615 El Toro Rd #X344
Lake Forest, CA 92630

Northwest Registered Agent, LLC
522 W. Riverside Ave. Suite N
Spokane, WA 99201

PacerPro
956 Reliez Station Lane
Lafayette, CA 94549

S.L., on behalf of minor K.A.
c/o Matthew P. Bergman, Social Media Vic
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104

Snell & Wilmer, c/o Clifford S. Davidson
601 SW 2nd Avenue, Suite 2000
Portland, OR 97204

Stamps.com
1990 E. Grand Ave
El Segundo, CA 90245

The Law Office of Kevin J. Napper, P.A.
604 South Boulevard
Tampa, FL 33606

Thomas & LoCicero PL, c/o James J. McGuire
601 South Boulevard
Tampa, FL 33606

Unknown Jane Doe
c/o Eric K. Gerard, Sorrels Law
5300 Memorial Drive, Suite 270
Houston, TX 77007

Unknown Jane Doe
c/o Carrie Goldberg, C.A. Goldberg PLLC
16 Court Street
Brooklyn, NY 11241