DISTRICT OF OREGON
**F I L E D**
October 08, 2025
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_Teresa H. Pearson_
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re                                    ) Case No._____
                                         )
                                         ) **Notice of Intent to Sell Property at Public Auction,**
                                         ) **Application to Employ and Compensate Auctioneer,**
Debtor(s)                                ) **and Order Thereon**

The undersigned trustee applies to employ _____,
whose address is _____,
as auctioneer to sell the following assets of the estate at public auction:



The undersigned trustee further applies to pay the auctioneer a commission of _____ % of gross sales at auction and expenses not to exceed $_____. Explanation if needed:



The auction is scheduled as follows:  Date: _____    Time: _____
Location: _____


The sale items will be available for inspection at the auction site as follows: Date: _____
Hours: _____ to _____ Contact: _____


**753.50 (6/1/2019)**                    Page 1 of 2

**NOTICE IS GIVEN** that the trustee will proceed with the auction as scheduled and pay the auctioneer as described above unless, within the objection period stated below, an interested party:

    1) files a written objection to the sale or auctioneer's compensation, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave #2600, Eugene OR 97401, and

    2) serves the objection on the trustee at: _____

Any objection must be filed within the following time from the date in the "Filed" stamp on page 1:
    23 days
    _____ days (objection period shortened by order entered as Docket #_____)
To the best of the trustee's knowledge, the auctioneer has no connections with the entities listed in the certification below, except as described therein.

Date:_____

                                                                  Trustee

I, the auctioneer named above, certify that my firm has the following connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any District of Oregon bankruptcy judge:

    None

I also certify I have complied with the U.S. Trustee's bonding requirements and neither I nor my insiders (per 11 U.S.C. § 101(31)) will directly or indirectly acquire any interest in the estate property to be sold.

                                                                  Auctioneer

**IT IS ORDERED** that employment and compensation of the auctioneer is authorized as described above and, prior to receiving compensation, the auctioneer must file a complete report on Local Bankruptcy Form (LBF) 753.52.

###

| | |
|---|---|
| 1 | Holly Hayman, OSB #114146 |
| | Farleigh Wada Witt |
| 2 | 121 SW Morrison Street, Suite 600 |
| | Portland, Oregon 97204-3136 |
| 3 | Telephone: (503) 228-6044 |
| 4 | Attorneys for Jeanne E. Huffman, Chapter 7 Trustee |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 23-62287-thp7 |
| **Omegle.com LLC**, | |
| Debtor. | **TRUSTEE'S MEMORANDUM IN SUPPORT OF NOTICE OF INTENT TO SELL PROPERTY AT AUCTION, APPLICATION TO EMPLOY AND COMPENSATE AUCTIONEER, AND ORDER THEREON** |

       Jeanne E. Huffman as the duly appointed chapter 7 trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") for debtor Omegle.com LLC (the "**Debtor**") hereby submits this Memorandum in Support of the Trustee's Notice of Intent to Sell Property at Auction, Application to Employ and Compensate Auctioneer, and Order Thereon (the "**Auction Notice**").

       Debtor filed its voluntary petition under chapter 7 of the bankruptcy code on December 8, 2023 (the "**Petition Date**"). As of the Petition Date, Debtor's property included certain intellectual property, including but not limited to two registered domain names, two registered USTPO trademarks, and various international trademarks (more thoroughly described herein). These assets are property of the Estate and the Trustee seeks to liquidate them via a global online auction to maximize recovery for creditors.

**Brief Background**

Debtor launched operations of Omegle.com, a video chat platform, in 2009. Debtor's users were global and Debtor's income was primarily add-based revenue. Debtor's operations included collecting and retaining certain user metadata, including but not limited to network information and interaction date/time stamps.[1]

Debtor was subject to various child sexual abuse and sex crime claims. Plaintiff A.M. filed suit against Omegle.com LLC in the District of Oregon under Case No. 21-cv-01674-MO. The parties ultimately settled the litigation. On or about November 17, 2023, the Omegle.com website stopped operating and the platform was discontinued. Debtor's voluntary bankruptcy petition was filed shortly thereafter. The Trustee has and continues to preserve any and all electronic records and metadata collected and retained by Debtor pre-petition.[2] After the Petition Date, the Trustee became aware of alleged unauthorized use of Debtor's intellectual property and the existence of potential trademark and other infringement claims against.

**Intangible Assets of the Estate and Proposed Auction**

As of the Petition Date, property of the Estate includes, but is not limited to, the following three categories of intangible assets: 1) registered domain names and registered trademarks (the "**IP Assets**" as set forth in the table below); 2) electronic records and metadata (the "**Electronic Records**"); and 3) residual income from legacy add revenue that the Estate continued to collect after Debtor's platform stopped operating ("**Legacy Revenue**").

<u>1. Trustee's Sale of IP Assets at Auction.</u>  At this time, the Trustee seeks to liquidate *only the IP Assets* at auction. The IP Assets will be sold in a single lot. Specifically, as set forth

---

[1] Generally, Debtor did not retain personally identifiable information of its users as defined in 11 U.S.C. 101(41)(a). The Trustee's proposed sale <u>excludes</u> collected metadata and/or electronic records.

[2] The Trustee has received correspondence from several domestic and international law enforcement agencies requesting that the Trustee preserve the Debtor's electronic records. The Trustee has complied and continues to preserve Debtor's pre-petition metadata.

Page 2 of 6 -    TRUSTEE'S MEMORANDUM IN SUPPORT OF AUCTION



in the Auction Notice, the Trustee intends to liquidate:

| Type | Name | Registration Info. |
|---|---|---|
| Domain Name | Omegle.com | Registered via Gandi US |
| Domain Name | Omegle.tv | Registered via Gandi US |
| Trademark | OMEGLE | U.S. Ser. No. 85205131<br>U.S. Reg. No. 3997588 |
| Trademark | TALK TO STRANGERS! | U.S. Ser. No. 85205146<br>U.S. Reg. No. 3997589 |
| Various International Trademarks (some of which are subject to expiration based on lack of use since the Petition Date) | OMEGLE | Contact the following for registration information:<br>D Young & Co. LLP<br>3 Noble Street<br>London, EC2V 7BQ<br>United Kingdom |

2. **Trustee's Sale of IP Assets includes Claims for Post-Petition Infringement and Unauthorized Use of IP Assets.** After Petition Date, the Trustee became aware of several potential claims for infringement against parties for unauthorized use of the Debtor's trademark or other intellectual property rights. To the extent any claims have arisen post-petition and are property of the Estate, the Trustee's sale of the IP Assets includes transfer of such claims that buyers may seek to prosecute against third parties.

3. **Trustee's Sale of IP Assets does NOT include Electronic Records or Legacy Revenue.** The Trustee's Sale pursuant to the Auction Notice will not sell, transfer, or otherwise assign the Estate's right, title, and interest in the Electronic Records or the Legacy Revenue. No user information or metadata collected by Debtor pre-petition is subject to the auction. The Trustee's proposed sale is limited to intellectual property rights in the above-listed IP Assets and claims related to post-petition infringement.

4. **Trustee's Sale of the IP Assets is AS-IS with NO Representations, Guarantees, or Warranties.** The Trustee's sale of the IP Assets and any related claims is AS-IS with no

representations, guarantees, or warranties, in the condition they are in at the time of the sale. Similarly, the Trustee makes no representations, guarantees, or warranties about the validity, value, or viability of any of the infringement claims related to the IP Assets.

5. **Purchaser Bears the Expense of any Transfer of the IP Assets.** Purchaser agrees to bear the expense of any cost related to transfer of the IP Assets. ROTD may assist with the transfer of ownership to the winning purchaser related to the domain names. Purchaser shall be responsible for and bears the expense of any assignment or transfer process or filing related to transfer of the trademark assets, and the domain name assets if ROTD is unable to assist.

**Approval of Employment of Auctioneer and Auction Details/Terms**

The Trustee seeks Court authorization to employ RighoftheDot, LLC ("**ROTD**"), and to include the IP Assets in ROTD's global NamesCon Auction. ROTD is an accredited and licensed business and digital asset auction company, specializing in domain name and digital asset auctions and brokerage. The ROTD team has organized a live worldwide auction for various intellectual property assets, including the IP Assets, to be held on November 5, 2025, at 4:00 pm EST. The IP Assets will be sold together as a single lot. After the live auction closes, all unsold assets will be available for purchase for the next twenty-four (24) hours in a timed auction. While there is an option to attend an in-person auction event in Miami, Florida, bidders from any geographic location may also participate online.

As discussed in the Auction Notice, ROTD's compensation will be twenty-five percent (25%) of the auction price paid from the sale proceeds, plus a three and one-half percent (3.5%) buyer's premium. Any buyer's premium collected by ROTD will be treated as part of the total gross purchase price and paid to the Trustee for Estate administration purposes, but not used in calculating ROTD's twenty-five percent (25%) commission. The total gross purchase price will be turned over to the Trustee, then the Trustee will immediately pay ROTD's commissions (standard twenty-five percent (25%) commission plus three and one-half percent (3.5%) buyer's premium).

ROTD may assist in the transfer of certain domain name assets upon full payment. Buyers are ultimately responsible for all costs and proceedings associated with transfer of the IP Assets. All terms and conditions for bidders and auction participants are available online at bid.rotd.com/ui/auctions .

Dated: October 8, 2025.

FARLEIGH WADA WITT

By: */s/ Holly C. Hayman*
Holly Hayman, OSB #114146
(503) 228-6044
hhayman@fwwlaw.com
Of Attorneys for Jeanne E. Huffman,
Chapter 7 Trustee